Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | |
|---|---|
| Gaye Elizabeth Morgenthaler | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  X Yes    No |
| -v- | Case: 2:23−cv−12151 |
| | Assigned To : Lawson, David M. |
| City Council of Chelsea Michigan | Referral Judge: Altman, Kimberly G. |
| | Assign. Date : 8/22/2023 |
| Jane Pacheco, Chelsea Mayor | Description: CMP GAYE |
| | MORGENTHALER V CHELSEA CITY COUNSEL |
| Mariah Fink, Attorney for the City of Chelsea | ET AL (SS) |
| Public Safety Strategic Planning Group for the City of Chelsea, Michigan | |
| Southeast Michigan Criminal Justice Policy Research Project ("SMART") | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                Gaye Morgenthaler

| | |
|---|---|
| Street Address | 636 N. Main Street |
| City and County | Chelsea, Washtenaw County |
| State and Zip Code | Michigan 48118 |
| Telephone Number | 734-385-6114 |
| E-mail Address | lissa@livefuels.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City Council of Chelsea, Michigan |
| Job or Title *(if known)* | |
| Street Address | 305 S. Main St. Suite 100 |
| City and County | Chelsea, Washtenaw County |
| State and Zip Code | Michigan 48118 |
| Telephone Number | 734-475-1771 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jane Pacheco |
| Job or Title *(if known)* | Mayor of City of Chelsea |
| Street Address | 305 S. Main St. Suite 100 |
| City and County | Chelsea, Washtenaw County |
| State and Zip Code | Michigan 48118 |
| Telephone Number | 734-475-1771 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Mariah Fink |
| Job or Title *(if known)* | Attorney for City of Chelsea |
| Street Address | 305 S. Main St. Suite 100 |
| City and County | Chelsea, Washtenaw County |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| State and Zip Code | Michigan 48118 |
| Telephone Number | 734-475-1771 |
| E-mail Address *(if known)* |  |

Defendant No. 4

|  |  |
|---|---|
| Name | Public Safety Strategic Planning Group |
| Job or Title *(if known)* |  |
| Street Address | 305 S. Main St. Suite 100 |
| City and County | Chelsea, Washtenaw County |
| State and Zip Code | Michigan 48118 |
| Telephone Number | 734-475-1771 |
| E-mail Address *(if known)* |  |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties     is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of     another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a     diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    X   Federal question               Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

  Section 1983

  18 U.S.C. 242 Deprivation of Rights Under Color of Law

     Conspiracy to Commit Deprivation of Rights Under Color of Law

  Maladministration or Misadministration

  Reckless Endangerment

  Fraud

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including     the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and     write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I am a wife and mother of a young child in Chelsea, Michigan.  It used to be a quaint little town of 5,700 residents.

Our police force is being disheartened and decimated by a group of criminals who've gained control of our city council.

After illegal protests blocked a state highway that functions as our Main Street in the Summer of 2020, Chelsea City Council member Pacheco asked our then-Police Chief Toth to fix the tickets issued to the illegal protesters. Judge Patrick Collin of Washtenaw County also called Chief Toth and asked that the tickets be dropped.  (I have recordings of both phone calls.). Chelsea City Council then voted to fix the tickets after they'd been entered in the system.

Subsequently, Pacheco was elected Mayor.  Four of our police officers promptly quit, as did Chief Toth and the top five staff in our city hall.  Chief Toth and our former city manager both told me they would not carry out illegal orders from Pacheco.

Since then, Pacheco and our city council have commissioned three studies — with our tax dollars — of Chelsea's police department.  The first two studies found Chelsea Police Department satisfactory.

We are now suffering through the third study, which is being handled by the newly-appointed "Public Safety Strategic Planning Group."  It purports to be a survey of Chelsea residents.

The survey protocol started with 13 specially-selected Chelsea residents.  When there was outcry by other Chelsea residents, the "SMART" group of professors from Eastern Michigan University held an evening meeting where attendees could write Post-It notes expressing their opinions of Chelsea Police.  It should be noted that no attempt was made to ascertain whether attendees were actually Chelsea residents.

After Chelsea residents expressed their outrage, the Planning Group announced they would give out surveys at Chelsea's weekly farmers market and festival nights.  Once again, no attempt was made to ascertain whether respondents were Chelsea residents.  The same was true for a drop-box that was placed on the city premises for the anonymous surveys.

The Planning Group also switched to irregularly scheduled meetings at 2 pm.  This makes it far more difficult for most working people to attend.

Meanwhile, crime in our city is up 57% year-over-year.  It should be noted that a tent city exists 6 miles away from Chelsea, and illegal aliens are being dropped off behind the Home Depot in the town of Brighton,

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include      the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any  punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or  punitive money damages.

May it please the Court —

Will you appoint a magistrate to take over our corrupt little town and arrest the criminals who are knowingly destroying our police force?

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,     and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause    unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable  opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the               requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be     served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           August 16, 2023

Signature of Plaintiff        Gaye E Morgenthaler

Printed Name of Plaintiff     Gaye E. Morgenthaler

B. **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|                     |     |
|---------------------|-----|
| State and Zip Code  |     |
| Telephone Number    |     |
| E-mail Address      |     |