UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYE MORGENTHALER,

        Plaintiff,

v.

CHELSEA CITY COUNCIL, JANE PACHECO, MARIAH FINK, PUBLIC SAFETY STRATEGIC PLANNING GROUP, SOUTHEAST MICHIGAN CRIMINAL JUSTICE POLICY RESEARCH PROJECT, JOANNE LADIO, TONY IANNELLI, BILL RUDDOCK, JAMES EYSTER, ERIC WILKINSON, KRISTIN VAN REESEMA, JULIE HELBER, MIKE KAPOLKA, NICK ANGEL and JOHN DOES,

        Defendants.

        Case Number 23-12151
        Honorable David M. Lawson
        Magistrate Judge Kimberly Altman

_____/

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:  September 3, 2024